| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. 9004-1(b)<br>**KIRSTEN B. ENNIS, LLC**<br>50 Division Street, Suite 102<br>Somerville, NJ 08876<br>(908) 713-0345<br>allmail@ennislegal.com<br><br>**Kirsten B. Ennis, Esq. (KE7927)**<br>Attorney for Ennio Gottardo, Debtor(s) |
| In re:<br><br>       Ennio Gottardo, Debtor(s) |

Case No.: 21-15639

Chapter 13

Judge: Hon. Michael B. Kaplan

**WITHDRAWAL OF Completion of Instructional Course Concerning Financial Management (Official Form 423)**

**PLEASE TAKE NOTICE** that the above-named debtor, hereby withdraw Completion of

Instructional Course Concerning Financial Management (Official Form 423**)** (Doc 13).

                                        KIRSTEN B. ENNIS, LLC

Dated: July 27, 2021                    /s/ Kirsten B. Ennis
                                        Kirsten B. Ennis Attorney for Debtor