UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Albert Russo
CN 4853
Trenton, NJ 08650
(609) 587-6888
Standing Chapter 13 Trustee

In Re:

ENNIO ALFONSO GOTTARDO

Debtor

Case No.: 21-15639 MBK

Chapter: 13

Judge: Michael B. Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☑ Settled          ☐ Withdrawn

Matter: The minutes of 9/8/21 confirmation are amended to correct the number of months as follows: $100 x 4 beginning 8/1/21; $400 x 56 beginning 12/1/21

_____

Date: 9/20/21

/s/ Albert Russo
Signature
Albert Russo
Standing Chapter 13 Trustee

*rev.8/1/15*