Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

    Case No.:  21−15639−MBK
    Chapter:  13
    Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ennio Alfonso Gottardo
   1702 Spruce Hills Drive
   Glen Gardner, NJ 08826

Social Security No.:
   xxx−xx−9353

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 20, 2021.

Dated: September 20, 2021
JAN: ckk

    Jeanne Naughton
    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                    Case No. 21-15639-MBK
Ennio Alfonso Gottardo                                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                    User: admin                                    Page 1 of 2
Date Rcvd: Sep 20, 2021            Form ID: plncf13                           Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ennio Alfonso Gottardo, 1702 Spruce Hills Drive, Glen Gardner, NJ 08826-3716 |
| 519259453 | + | Anesthesia Association of Morristown, 100 Madison Avenue, Morristown, NJ 07960-6136 |
| 519259455 | + | Atlantic Visiing Nurse, PO Box 35596, Newark, NJ 07193-5596 |
| 519259456 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 519259458 | + | Consensus Medical Group LLC, Attn: 24136m, PO Box 14000, Belfast, ME 04915-4033 |
| 519259459 | + | Fredrick Weinberg, Esq., 1200 Laurel Oak Road, Suite 104, Voorhees, NJ 08043-4317 |
| 519259460 | + | Hunterdon Healthcare, 10604 Justin Drive, Des Moines, IA 50322-3755 |
| 519259461 | + | Hunterdon Healthcare, PO Box 71411, Philadelphia, PA 19176-1411 |
| 519259462 | + | ID Care, 105 Raider Blvd., Suite 101, Hillsborough, NJ 08844-1528 |
| 519259463 | | Quest Diagnostics, P. O. Box 740985, Cincinnati, OH 45274-0775 |
| 519295300 | + | Rocket Mortgage, LLC f/k/a Quicken Loans at. el, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 519259466 | | Td Bank N.a., Td Bank Usbc, Greenville, SC 29607 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 20 2021 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 20 2021 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519259457 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2021 20:47:24 | Citi, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 519310777 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 20 2021 20:35:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN. 56302-9617 |
| 519303970 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 20 2021 20:47:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519309060 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 20 2021 20:47:38 | Portfolio Recovery Associates, LLC, c/o Sams Club, POB 41067, Norfolk VA 23541 |
| 519259464 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 20 2021 20:35:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519259465 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 20 2021 20:47:29 | Syncb/sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 519259727 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 20 2021 20:47:37 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 9

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Sep 20, 2021 | Form ID: plncf13 | Total Noticed: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519259454 | | Atlantic Home Care, c/o Accurate Collection Services, 17 Prospect Street, NJ 07908 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2021          Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kirsten B. Ennis | on behalf of Debtor Ennio Alfonso Gottardo pacerecf@ennislegal.com r53278@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5