| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 21-15639 / MBK**

Ennio Alfonso Gottardo

Petition Filed Date: 07/11/2021
341 Hearing Date: 08/05/2021
Confirmation Date: 09/08/2021

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/27/2021 | $100.00 | 1485607618 | 08/17/2021 | $100.00 | 24158920138 | 09/15/2021 | $100.00 | 79479630 |
| 10/04/2021 | $100.00 | 79929790 | 11/08/2021 | $100.00 | 80701450 | 12/06/2021 | $400.00 | 81266840 |
| 01/19/2022 | $400.00 | 27708846761 | | | | | | |

**Total Receipts for the Period: $1,300.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $1,300.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Ennio Alfonso Gottardo | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Kirsten B. Ennis<br>»» ATTY DISCLOSURE | Attorney Fees | $3,750.00 | $823.50 | $2,926.50 |
| 1 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC<br>»» P/1702 SPRUCE HILLS DR/1ST MTG | Mortgage Arrears | $5,195.29 | $0.00 | $5,195.29 |
| 2 | LVNV FUNDING LLC<br>»» CITIBANK/COSTCO | Unsecured Creditors | $984.67 | $0.00 | $984.67 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY/SAMS CLUB | Unsecured Creditors | $386.69 | $0.00 | $386.69 |
| 4 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» SYNCHRONY/PAYPAL | Unsecured Creditors | $1,637.94 | $0.00 | $1,637.94 |
| 5 | HUNTERDON MEDICAL CENTER | Unsecured Creditors<br>No Disbursements: Filed Out of Time | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 21-15639 / MBK**

### SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,300.00 | Plan Balance: | $21,500.00 ** |
| Paid to Claims: | $823.50 | Current Monthly Payment: | $400.00 |
| Paid to Trustee: | $110.10 | Arrearages: | $300.00 |
| Funds on Hand: | $366.40 | Total Plan Base: | $22,800.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.



 **This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.