**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Ennio Alfonso Gottardo<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9353<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   21–15639–MBK | | |

# Order of Discharge                                                                                          12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

  Ennio Alfonso Gottardo

<u>1/19/24</u>                                                                **By the court:** <u>Michael B. Kaplan</u>
                                                                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-15639-MBK |
| Ennio Alfonso Gottardo | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 19, 2024 | Form ID: 3180W | Total Noticed: 22 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ennio Alfonso Gottardo, 1702 Spruce Hills Drive, Glen Gardner, NJ 08826-3716 |
| 519259453 | + | Anesthesia Association of Morristown, 100 Madison Avenue, Morristown, NJ 07960-6136 |
| 519259455 | + | Atlantic Visiing Nurse, PO Box 35596, Newark, NJ 07193-5596 |
| 519259458 | + | Consensus Medical Group LLC, Attn: 24136m, PO Box 14000, Belfast, ME 04915-4033 |
| 519259459 | + | Fredrick Weinberg, Esq., 1200 Laurel Oak Road, Suite 104, Voorhees, NJ 08043-4317 |
| 519356609 | + | HUNTERDON MEDICAL CENTER, CERTIFIED CREDIT & COLLECTION, PO BOX 1750, WHITEHOUSE STATION, NJ 08889-1750 |
| 519259461 | + | Hunterdon Healthcare, PO Box 71411, Philadelphia, PA 19176-1411 |
| 519259460 | + | Hunterdon Healthcare, 10604 Justin Drive, Des Moines, IA 50322-3755 |
| 519259462 | + | ID Care, 105 Raider Blvd., Suite 101, Hillsborough, NJ 08844-1528 |
| 519259727 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519259466 | | Td Bank N.a., Td Bank Usbc, Greenville, SC 29607 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 19 2024 21:12:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 19 2024 21:12:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519259456 | + | EDI: BANKAMER | Jan 20 2024 01:58:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 519259457 | + | EDI: CITICORP | Jan 20 2024 01:58:00 | Citi, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 519310777 | | EDI: JEFFERSONCAP.COM | Jan 20 2024 01:58:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN. 56302-9617 |
| 519303970 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 19 2024 21:13:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519309060 | | EDI: PRA.COM | Jan 20 2024 01:58:00 | Portfolio Recovery Associates, LLC, c/o Sams Club, POB 41067, Norfolk VA 23541 |
| 519259463 | | Email/Text: BankruptcyMail@questdiagnostics.com | Jan 19 2024 21:13:00 | Quest Diagnostics, P. O. Box 740985, Cincinnati, OH 45274-0775 |
| 519259464 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 19 2024 21:12:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519295300 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 19 2024 21:12:00 | Rocket Mortgage, LLC f/k/a Quicken Loans at. el, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 519259465 | + | EDI: SYNC | Jan 20 2024 01:58:00 | Syncb/sams Club, Po Box 965005, Orlando, FL 32896-5005 |

TOTAL: 11

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 19, 2024 | Form ID: 3180W | Total Noticed: 22 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519259454 | | Atlantic Home Care, c/o Accurate Collection Services, 17 Prospect Street, NJ 07908 |
| 520128063 | *+ | Ennio Alfonso Gottardo, 1702 Spruce Hills Drive, Glen Gardner, NJ 08826-3716 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2024         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kirsten B. Ennis | on behalf of Debtor Ennio Alfonso Gottardo pacerecf@ennislegal.com r53278@notify.bestcase.com,kennis@jubileebk.net,R53278@notify-prod.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6